AO 442 (Rev. 11/11) Arrest Warrant

☒ FILED ☐ LODGED
**MAR 22 2022**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>ENRIQUE CHAVEZ<br><br>_Defendant_ | )<br>)  4:22-296MJ-1<br>)<br>)  Case No.   4:22-cr-104 JSW<br>)<br>)  **FILED UNDER SEAL**<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    **ENRIQUE CHAVEZ**
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact

Date:  03/10/2022

_Mark B. Busby_
_Issuing officer's signature_

City and state:  Oakland, CA

Jacquelyn M. Lovrin, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  3/10/22  , and the person was arrested on _(date)_  3/20/2022
at _(city and state)_  Nogales, Arizona

Date:  3/21/22

_Arresting officer's signature_

Special Agent Katherine Barclay
_Printed name and title_

---

Copies Distributed to AUSA & FPD

**SEALED BY ORDER OF THE COURT**

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Counts 1 and 2: 18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 2 years' imprisonment; lifetime supervised release; $250,000 fine; restitution; special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
▶ Enrique Chavez

**DISTRICT COURT NUMBER**
CR 22 104 JSW

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

FILED
MAR 10 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   Stephanie M. Hinds
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Mohit Gourisaria

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

SEALED BY ORDER
OF THE COURT

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

ENRIQUE CHAVEZ,

CR 22 1044 JSW

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact (Two Counts)

---

A true bill.

/s/ Foreperson of the Grand Jury
                                        Foreman

Filed in open court this 10th day of March 2022.

Ivy L. Garcia, Clerk

United States Magistrate Judge, Donna M. Ryu

Bail, $ NO BAIL

FILED
MAR 10 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED BY ORDER OF THE COURT

FILED
MAR 10 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ENRIQUE CHAVEZ,<br><br>  Defendant. | CASE NO. CR 22 104<br><br>VIOLATIONS:<br>18 U.S.C. § 2244(a)(4) – Abusive Sexual Contact (Two Counts)<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges that at all times relevant to this Indictment:

Introductory Allegations

1.  The Federal Correctional Institution, Dublin ("FCI Dublin") was an all-female correctional institution that housed federal prisoners and was operated by the Federal Bureau of Prisons ("BOP").

2.  FCI Dublin was located in Alameda County, California, within the Northern District of California.

3.  The defendant ENRIQUE CHAVEZ ("CHAVEZ") was employed at FCI-Dublin as a correctional officer. CHAVEZ held the position of Cook Supervisor/Foreman.

4.  As a correctional officer, CHAVEZ supervised and had disciplinary authority over female inmates incarcerated at FCI Dublin.

INDICTMENT                                    1

Copies Distributed to AUSA and FPD

5. CHAVEZ was trained in BOP policies and procedures, which included training that sexual, financial, and social relationships with inmates were (and remain) prohibited.

6. Victim 1, an individual known to the Grand Jury, was an inmate detained at FCI Dublin, under the custodial, supervisory, and disciplinary authority of the defendant.

7. The term "sexual contact" meant "the intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or buttocks of any person with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person." 18 U.S.C. § 2246(3).

**COUNT ONE**
(Abusive Sexual Contact)

8. Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if fully set forth here.

9. In or around October 2020, in the Northern District of California, the defendant

ENRIQUE CHAVEZ

knowingly engaged in or caused sexual contact with or by Victim 1; to wit, he intentionally touched Victim 1's breasts and buttocks with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, all in violation of Title 18, United States Code, Section 2244(a)(4).

**COUNT TWO**
(Abusive Sexual Contact)

10. Paragraphs 1 through 7 of this Indictment are re-alleged and incorporated as if fully set forth here.

11. In or around October 2020, in the Northern District of California, the defendant

ENRIQUE CHAVEZ

knowingly engaged in or caused sexual contact with or by Victim 1; to wit, he intentionally touched

///
///
///
///

INDICTMENT    2

1  Victim 1's vagina and breasts with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the
2  sexual desire of any person, all in violation of Title 18, United States Code, Section 2244(a)(4).
3
4  DATED: March 10, 2022                              A TRUE BILL.
5
6                                                    /s/ Foreperson of the Grand Jury
7                                                    FOREPERSON
8  STEPHANIE M. HINDS
   United States Attorney
9
10 /s/ Mohit Gourisaria
11 MOHIT GOURISARIA
   Assistant United States Attorney
12

INDICTMENT                              3